BEFORE THE FIRST DIVISION, JANUARY 13, 1939

**No. 40413.**—Protest 946568–G of Columbia Co. (San Francisco).

Opinion by Brown, J.   In accordance with stipulation of counsel and on the authority of *Rapken* v. *United States* (25 C. C. P. A. 268, T. D. 49393) the claim at 20 cents per pound and 25 percent ad valorem under paragraph 24 was sustained.